IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LINDSAY LaRUE, Individually and as Personal Representative of the Estate of MICHAEL RAY LaRUE, Deceased, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2-05CV-208 (JURY) |
| FORD MOTOR COMPANY ) ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs, Lindsay LaRue, Individually, and as Independent Executrix of the Estate of Michael Ray LaRue, Deceased, and Defendant, Ford Motor Company.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by these Plaintiffs against Ford Motor Company, Plaintiffs' claims against Ford Motor Company are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same.

SIGNED this 18th day of April, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:


BROWN, SAWICKI & MITCHELL, L.L.P.
2626 Cole Avenue, Suite 850
Dallas, TX  75204
(214) 468-8844
(214) 468-8845 (fax)



By: _____/s/_____
     Lee Brown
     State Bar No. 03160250

ATTORNEYS FOR PLAINTIFFS




THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas  78701
512-708-8200
512-708-8777 TELECOPIER



By:  _____/s/_____
      Ronald D. Wamsted
      State Bar No. 20832000

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY